IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **SHERMAN JOHNSON JR.** | § | |
| | § | |
| v. | § | Cause No. EP-24-CV-10-KC |
| | § | |
| **JAMES R. REED.** | § | |

## FINAL JUDGMENT

Sherman Johnson Jr., a criminal defendant in cause number 8:16-CR-241-RFR in the United States District Court for the District of Nebraska, asked the Court to intervene in his behalf and order James R. Reed, the Director of the El Paso Intelligence Center in El Paso, Texas, to provide copies of allegedly withheld exculpatory evidence. Pl's Complaint, ECF No. 1. He has since submitted an unopposed motion to dismiss this matter without prejudice. Pl.'s Mot., ECF No. 2.

The Court notes that Johnson has not yet served process on Reed. The Court observes that, pursuant to Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss a lawsuit without further judicial action "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).

The Court, having considered Johnson's unopposed motion, enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Sherman Johnson Jr.'s complaint and all the claims he asserts therein are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED** as moot.

**IT IS FURTHER ORDERED** that each Party shall bear its own costs.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 23rd day of February, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE